UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOI MING MICHAEL HO, et al., )<br>Others Similarly Situated, )<br>)<br>Plaintiffs, )<br>)<br>-against- )<br>)<br>DUOYUAN GLOBAL WATER, INC., )<br>et al., )<br>Defendants. ) | Civil Action No. 1:10-cv-07233 (GBD)<br>ECF Case<br><br>CLASS ACTION |

**DEFENDANT CHRISTOPHER HOLBERT'S NOTICE OF MOTION TO DISMISS THE CORRECTED AMENDED COMPLAINT AND MOTION TO STRIKE CERTAIN IMPERMISSIBLE ALLEGATIONS**

PLEASE TAKE NOTICE that Defendant Christopher Holbert ("Mr. Holbert") hereby moves before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, for an order granting Mr. Holbert's motions to (1) dismiss the Corrected Amended Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6); and (2) strike certain impermissible allegations from the Corrected Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f).

The motions to dismiss and strike are based on this notice; the memorandum of law contemporaneously filed herewith by Mr. Holbert; the memorandum of law filed by Defendants Duoyuan Global Water, Inc. ("DGW"), Wenhua Guo ("Mr. Guo"), and Yuefeng Yu ("Mr. Yu") on November 22, 2011 (docket #118); the Declaration of Harry A. Woods, Jr., and exhibits referenced therein, filed on November 22, 2011 (docket #121); any subsequent reply memorandum filed by Mr. Holbert or DGW, Mr. Guo, and Mr. Yu in support of the motions; any other applicable memoranda of law filed by any defendant in this action; all other pleadings,

proceedings, or other material on file in this action; such matters and facts of which the Court may take judicial notice; and any arguments of counsel herein.

Dated: January 23, 2012

                Respectfully submitted,

                /s/Harry A. Woods, Jr.
                Harry A. Woods, Jr.
                Bruce W. Day
                Brooke S. Murphy
                Charles B. Goodwin

                -Of the Firm-

                CROWE & DUNLEVY, P.C.
                20 North Broadway Avenue, Suite 1800
                Oklahoma City, OK 73102-8273
                (405) 235-7700
                (405) 239-6651 (Facsimile)

                -and-

                Thomas J. Mullaney
                Leventhal, Sliney & Mullaney, LLP
                15 Remsen Avenue
                Roslyn, NY  11576

                ATTORNEYS FOR DEFENDANT
                CHRISTOPHER P. HOLBERT

**CERTIFICATE OF SERVICE**

I, Harry A. Woods, Jr., hereby certify that on this 23rd day of January, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Adam Selim Hakki @ ahakki@shearman.com

Antonio Yanez, Jr. @ ayanez@willkie.com

Brooke S. Murphy @ brooke.murphy@crowedunlevy.com

Bruce W. Day @ bruce.day@crowedunlevy.com

Charles B. Goodwin @ charles.goodwin@crowedunlevy.com

Christopher Richard Fenton @ christopher.fenton@shearman.com

Donna L. McDevitt @ dmcdevitt@skadden.com

Fei-Lu Qian @ flqian@pomlaw.com

Harry A. Woods, Jr. @ harry.woods@crowedunlevy.com

J. Christian Word @ christian.word@lw.com

Jacqueline G. Yecies @ jyecies@akingump.com

Jaculin Aaron @ jaaron@shearman.com

Jeremy Alan Lieberman @ jalieberman@pomlaw.com

Lionel Z. Glancy @ lglancy@glancylaw.com

Mack J. Morgan, III @ mack.morgan@crowedunlevy.com

Marc Ian Gross @ migross@pomlaw.com

Michael R. Young @ myoung@willkie.com

Nancy Chung @ nchung@akingump.com

Peter I. Altman @ paltman@akingump.com

Robin Bronzaft Howald @ hobbit99@aol.com

Tara A. LaClair @ tara.laclair@crowedunlevy.com

Thomas J. Mullaney @ tmullaney@lsmesqs.com

**Service on the following will be by regular U.S. Mail:**

Katherine A. Schettig
Latham & Watkins LLP (DC)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Michele E. Rose
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY  10022

Frances Kao
Skadden, Arps, Slate,
  Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Robert V. Prongay
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, Ca 90067

            /s/Harry A. Woods, Jr.
            Harry A. Woods, Jr.