UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOI MING MICHAEL HO, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>DUOYUAN GLOBAL WATER, INC., et al.,<br><br>Defendants. | Case No. 10-cv-07233 GBD<br><br>**ECF CASE**<br><br>Hon. George B. Daniels<br><br>Date:  February 5, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 11A |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION, CLASS CERTIFICATION, AND AN AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF EXPENSES</u>**

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on February 5, 2014, at 10:00 a.m. in Courtroom 11A of the United States District Court located at 500 Pearl Street, New York, NY, Lead Plaintiffs Hoi Ming Michael Ho and Joseph E. Sciarro, Initial Plaintiff Mingli Li, and Plaintiff Huaying Jin will and hereby do move this Court for entry of an Order: (a) finally approving the settlement of this Litigation; (b) certifying the Settlement Class; (c) approving the Plan of Allocation for the distribution of the Settlement Fund; (d) awarding Lead Counsel attorneys' fees; and (e) reimbursing Lead Counsel's litigation expenses.

This motion is based on this notice of motion and motion, the supporting Memorandum of Points and Authorities, the Declaration of Lionel Z. Glancy in support of the motion, the exhibits attached thereto, the [Proposed] Order submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: December 31, 2013                    Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By:  *s/ Robin Bronzaft Howald*
Robin Bronzaft Howald (RH 9974)
112 East 42 Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

-and-

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiffs*

        POMERANTZ GROSSMAN HUFFORD
        DAHLSTROM & GROSS LLP
        Marc. I. Gross
        Jeremy A. Lieberman
        Tamar A. Weinrib
        600 Third Avenue, 20th floor
        New York, New York 10016
        Telephone: (212) 661-1100
        Facsimile: (212) 661-8775

        -and-

        POMERANTZ GROSSMAN HUFFORD
        DAHLSTROM & GROSS LLP
        Patrick V. Dahlstrom
        Ten South LaSalle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone: (312) 377-1181
        Facsimile: (312) 377-1184

        THE ROSEN LAW FIRM, P.A.
        Laurence M. Rosen
        Timothy W. Brown
        275 Madison Avenue, 34th Floor
        New York, New York 10016
        Telephone: (212) 686-1060
        Facsimile:  (212) 202-3827

        *Additional Counsel for Lead Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 122 East 42nd Street, Suite 2920, New York, New York 10168.

On December 31, 2013, I caused to be served the following document:

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION, CLASS CERTIFICATION, AND AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

By posting such document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 31, 2013, at New York, New York.

*s/ Robin Bronzaft Howald*
Robin Bronzaft Howald

# Mailing Information for a Case 1:10-cv-07233-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jaculin Aaron**
  jaaron@shearman.com

- **Peter Ian Altman**
  paltman@akingump.com

- **James Ancone**
  jancone@mayerbrown.com,jmarsala@mayerbrown.com

- **Nancy Chung**
  nchung@akingump.com,nymco@akingump.com

- **Bruce W. Day**
  bruce.day@crowedunlevy.com,peggy.smith@crowedunlevy.com,amy.poyner@crowedunlevy.com,sara.paden@crowedunlevy.co

- **Joseph De Simone**
  jdesimone@mayerbrown.com,jmarsala@mayerbrown.com

- **Christopher Richard Fenton**
  christopher.fenton@shearman.com,edward.timlin@shearman.com,molly.webster@shearman.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,r

- **Marc Ian Gross**
  migross@pomlaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Robin Bronzaft Howald**
  hobbit99@aol.com,info@glancylaw.com

- **Susan Elizabeth Huntsman**
  susan.huntsman@crowedunlevy.com,jackie.chandler@crowedunlevy.com

- **Lea Haber Kuck**
  lkuck@skadden.com

- **Tara A. LaClair**
  tara.laclair@crowedunlevy.com,terri.bradburry@crowedunlevy.com,peggy.smith@crowedunlevy.com,amy.poyner@crowedunlev

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Terri Ann Mazur**
  Terri.Mazur@kayescholer.com,maosdny@kayescholer.com

- **Donna L. McDevitt**
  dmcdevit@skadden.com,chdocket@skadden.com

- **Mack J Morgan , III**
  mack.morgan@crowedunlevy.com,shiela.gilley@crowedunlevy.com,ecf@crowedunlevy.com

- **Thomas J. Mullaney**
  tmullaney@lsmesqs.com

- **Brooke S Murphy**
  brooke.murphy@crowedunlevy.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **George Albert Salter**
  george.salter@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Ex Kanos S Sams , II**
  esams@glancylaw.com

- **Dennis H. Tracey , III**
  dennis.tracey@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Joanna Felice Wasick**
  joanna.wasick@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Harry Arthur Woods , Jr**
  harry.woods@crowedunlevy.com,terri.bradburry@crowedunlevy.com,amy.poyner@crowedunlevy.com,ecf@crowedunlevy.com

- **J. Christian Word**
  christian.word@lw.com,jessica.bengels@lw.com

- **Antonio Yanez , Jr**
  ayanez@willkie.com,maosdny@willkie.com

- **Jacqueline Gail Yecies**
  jyecies@akingump.com,nymco@akingump.com,jcohen@akingump.com

- **Michael Richard Young**
  myoung@willkie.com,maosdny@willkie.com,mclark@willkie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Frances P. Kao
Skadden, Arps, Slate, Meagher & Flom, LLP (IL)
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Michele E. Rose
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY 10022

Katherine A. Schettig
Latham & Watkins LLP (DC)
555 Eleventh Street, Nw, Suite 1000
Washington, DC 20004
```